Before the Second Division, July 18, 1967

No. P67/240.—Durex Hardware Mfg. Corp. v. United States, protest 62/7023 (New York).

No. P67/241.—Steelcraft Tool Corp. v. United States, protest 64/18013 (New York).

Rao, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of brass hose noz-

zles similar in all material respects to those the subject of *United States* v. *Lipman's* (52 CCPA 59, C.A.D. 859), the claim of the plaintiffs was sustained.